IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MARION R., )
 )
       Plaintiff, )
 )
v. ) Civil Action No. 2:21CV259 (RCY)
 )
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
 )
       Defendant. )

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 26) is ACCEPTED AND ADOPTED;

2. The Objection of Plaintiff (ECF No. 27) is OVERRULED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 21) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 23) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED; and

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

                                                                         /s/
                                                              Roderick C. Young
                                                              United States District Judge

Richmond, Virginia
Date: <u>September 20, 2022</u>